125 A.3d 407

Alycia LANE, Respondent

v.

CBS BROADCASTING, INC., t/a KYW–TV; Michael
Colleran and Lawrence Mendte.

Petition of CBS Broadcasting, Inc. t/a
KYW–TV and Michael Colleran.

Alycia Lane, Respondent

v.

CBS Broadcasting, Inc., t/a KYW–TV; Michael
Colleran and Lawrence Mendte.

Petition of CBS Broadcasting, Inc. t/a
KYW–TV and Michael Colleran.

Supreme Court of Pennsylvania.

Nov. 4, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED;** CBS's Rule 123 application is **DENIED.**